ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
scott.lachman@akerman.com

*Attorneys for Plaintiffs Federal National Mortgage Association and Ditech Financial LLC f/k/a Green Tree Servicing LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC;<br><br>Plaintiff,<br><br>vs.<br><br>COLONY NORTH HOMEOWNERS ASSOCIATION; NEW PROPERTY HOLDINGS LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-03010-MMD-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

43959751;1

PLEASE TAKE NOTE Federal National Mortgage Association ("Fannie Mae") and Ditech Financial LLC f/k/a Green Tree Servicing, LLC ("Ditech") and Defendants Colony North Homeowners Association ("Colony North") and New Property Holdings, LLC ("NPH"), by and through their respective counsel of record, hereby stipulate and agree to dismiss with prejudice this action pursuant NRCP 41(a)(1)(ii). Each party shall bear its own costs and fees.

DATED this 2nd of May 2018.

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER, & GARIN, P.C.** |
|---|---|
| /s/ *Scott R. Lachman* | */s/ Eric N. Tran* |
| ARIEL E. STERN, ESQ. | KALEB D. ANDERSON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7582 |
| SCOTT R. LACHMAN, ESQ. | ERIC N. TRAN, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 11876 |
| 1635 Village Center Cir., Suite 200 | 9900 Covington Cross Dr., Suite 120 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiffs Federal National Mortgage Association and Ditech Financial LLC f/k/a Green Tree Servicing LLC* | *Attorneys for Defendant Colony North Homeowners Association* |

2

43959751;1

# **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED AND ADJUDGED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

Dated: May 2__, 2018.

_____
DISTRICT COURT JUDGE

*Submitted by:*

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
scott.lachman@akerman.com

*Attorneys for Plaintiffs Federal National Mortgage Association and Ditech Financial LLC f/k/a Green Tree Servicing LLC*

3

43959751;1